# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:                                                         CASE NO: 8−09−78586−ast

Redstone Shipping Corp.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:      CHAPTER: 11
20−1673718

DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on November 10, 2009 and an order having been entered by the Honorable Alan S. Trust, United States Bankruptcy Judge, on November 10, 2010 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: November 10, 2010

                                                                       For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: smarcus              Page 1 of 2              Date Rcvd: Nov 10, 2010
Case: 09-78586                Form ID: 227               Total Noticed: 52
```

The following entities were noticed by first class mail on Nov 12, 2010.

```
db          +Redstone Shipping Corp.,    100 Quentin Roosevelt Boulevard,    Garden City, NY 11530-4874
smg          NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY  11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg          NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,    Albany, NY 12201
smg         +United States Trustee,    Office of the United States Trustee,    Long Island Federal Courthouse,
              560 Federal Plaza,    Central Islip, NY 11722-4456
smg         +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
              Washington, DC 20220-0001
6450612     +ABB Inc.,    11600 Miramar Pkwy,    Hollywood, FL 33025-5809
6450613     +ABS Nautical Systems,    American Bureau of Shipping,    Legal Department,    16855 Northchase Drive,
              Houston, TX 77060-6006
6450614      Alfa Laval (Thailand) Ltd,    222 Krunghep Kreetha Road,    Hauamark, Bangkapa,
              Bangkok 10240 Thailand
6568889     +American Bureau of Shipping,    c/o ABS Legal Department,    16855 Northchase Drive,
              Houston TX 77060-6010
6450615     +American Diesel & Ship,    Repairs, Inc.,    604 Time Save Avenue,    New Orleans, LA 70123-3144
6522775     +Arthur J. Weis,    c/o Friedman, James & Buchsbaum LLP,    Attn: John P. James, Esq.,
              132 Nassau Street, Suite 900,    New York  NY 10038-2429
6450616     +C.R. Cushing & Co., Inc.,    30 Vessey Street,    7th Floor,    New York, NY 10007-4203
6450618     +CG International, Inc.,    1958 Westfield Avenue,    Scotch Plains, NJ 07076-1764
6450619     +Coleman Supply Company,    989 Morrison Drive,    PO Box 21818,    Charleston, SC 29413-1818
6450620     +Crescent Towing & Salvage,    Co., Inc.,    PO Box 2704,    Savannah, GA 31402-2704
6450623      DNV Petroleum Service,    Pte Ltd.,    27 Changi South Street 1,    Singapore 486071
6450624     +DNV Petroleum Service Inc,    318N. 16th Street,    La Porte, TX 77571-3167
6450621     +Detyens,    1670 Dryrock Avenue,    Building 236,    Suite 200,    North Charleston, SC 29405-2114
6450625      Dormac(Pty) Ltd.,    1 Belfast Road,    PO Box 12568,    Burban, South Africa
6450626     +Electronic Services,    590 East Dayson Drive,    Fairborn, OH 45324-5171
6450627     +Global Container Line Ltd,    100 Quentin Roosevel,    Boulevard,    Garden City, NY 11530-4874
6450628     +Global Container Line Ltd,    100 Quentin Roosevelt,    Boulevard,    Garden City, NY 11530-4874
6450630     +Hiller System Incorporated,    PO Box 91508,    Mobile, AL 36691-1508
6450631     +Hiller Systems, Inc.,    Frederick Robinson, Esq.,    PO Box 91508,    Mobile, AL 36691-1508
6450633     +Interocean,    Ecffelon Plaza,    302 Harper Drive,    Suite 200,    Moorestown, NJ 08057-4704
6524451     +Key Equipment Finance Inc.,    c/o Lemery Greisler LLC,    50 Beaver Street, 2nd Floor,
              Albany, New York 12207-1511
6450635     +Kristensons Petroleum Inc.,    Attn: Rob Atkinson,    128 Broad Street,    Red Bank, NJ 07701-1964
6575937      MIDDLE EAST EXPRESS LTD,    Mazen Abdul Majeed Al Khatib Building,    Shop No 2,    Umm Al Tarafa,
              PO Box 622,    Sharjah UAE
6450636     +Main Industries, Inc.,    107 E. Street,    Hampton, VA 23661-1226
6450637      Man Diesel S.A.S.,    Avenue de Catonay(port 7),    BP 427,    44615 Saint-Nazaire Cedex,    France
6450639     +Marine Inc.,    609 Talleyrand Avenue,    Jacksonville, FL 32202-1032
6450640      McAllister Towing of,    Charleston,    1120 North Point Drive,    North Charleston, SC 29405
6450641     +Morco Refrigeration,    Service Inc.,    1466-B State Road,    Summerville, SC 29483-2748
6450642      PPG Industries(Singapore),    Pte ltd.,    4 Gul Drive,    Singapore 629456
6600816     +Precision Solutions,    c/o: Richard Lerhardt,    19 Heather Lane,    Vernon CT 06066-5446
6450644     +Seacoast Electronics, Inc,    240 Talleyrand Avenue,    Jacksonville, FL 32202-1288
6450645     +Shiptrade, Inc.,    100 Quentin Roosevelt,    Boulevard,    Garden City, NY 11530-4874
6450646      Southern Elevator Company,    130 O'Connor Street,    PO Box 36006,    Greensboro, NC 27416-6006
6450647     +State Board of,    Equalization,    450 N Street, MIC:48,    PO Box 942879,
              Sacramento, CA 94279-0001
6450648     +Tencarva Machinery,    Company,    PO Box 409897,    Atlanta, GA 30384-9897
6450649     +Tencarva Machinery Co.,    Jay A Press, Esq.,    115 Broad Hollow Road,    Suite 350,
              Melville, NY 11747-9202
6450652     +US Customs and Border,    Protection,    PO Box 70946,    Charlotte, NC 28272-0946
6450653     +US Department of Homeland,    Security,    1430A Kristina Way,    Chesapeake, VA 23326-0001
6450651     +Universal Marine Electric,    Co. Inc.,    PO Box 266-923,    Houston, TX 77207-6923
6450654      Wartsila L.O.C.,    PO Box 32785,    Dubai United Arab Emirate
6450655     +Washington International,    US Customs Ins. Company,    1200 Arlington Heights Rd,    Suite 400,
              Itasca, IL 60143-3162
6450656     +Westfalia Separator Inc.,    PO Box 12042,    Newark, NJ 07101-5042
6450657     +Worldwide Diesel Power,    732 Parker Street,    Jacksonville, FL 32202-1016
```

The following entities were noticed by electronic transmission on Nov 10, 2010.

```
smg          EDI: IRS.COM Nov 10 2010 14:03:00      Internal Revenue Service,    11601 Roosevelt Blvd.,
              P.O. Box 21126,    Philadelphia, PA  19114
6529240      EDI: IRS.COM Nov 10 2010 14:03:00      Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA 19114
6450634     +E-mail/Text: rita.robles@key.com                            Key Equipment Finance, In,
              66 South Pearl Street,    Albany, NY 12207-1501
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6450622      DeWitt Stern,    Imperatore Ltd.,    Harborside Financial Cent,    Plaza Five Suite 1510
6450629      Gulf and Continental,    Bunkers,    Fuels Co., ltd.,    PO Box 18068
6450632      IMS International Ltd.,    PO Box 472,    50 Town Range
6450638      Marcontrel s.j.,    Powstancow Wlkp. 39b,    70-111 Szczecin
6450650      Tous Travaus Sous Marins,    Societe Naonyme avec,    Administrateur General,
              au Capital de 62 000 000
```

```
6450617*    +C.R. Cushing & Co., Inc.,   30 Vessey Street,   7th Floor,   New York, NY 10007-4203
6450643    ##+Precision Solutions, Incorporated,   PO Box 2021,   Summerville, SC 29484-2021
                                                                          TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**                    **Signature:**    _/s/ Joseph Speetjens_